Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: sshah@buchalter.com

\*\*E-filed 7/6/05\*\*

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN WALLACE,<br><br>Defendant. | Case No.: CV-04-04589 JF<br><br>Hon. Jeremy Fogel<br><br>**PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION FOR SUMMARY JUDGMENT, REQUEST FOR AMENDABLE COUNTER-CLAIMS TO PROCEED, AND REQUEST FOR SANCTIONS HEARING; ORDER THEREON**<br><br>**Motion for Summary Judgment Hearing**<br><br>Date: July 8, 2005<br>Time: 9:00 a.m.<br>Dept.: Courtroom 3, 5th Floor |

Counsel for Plaintiff DIRECTV, INC., ("DIRECTV") respectfully requests that the Court allow the telephonic appearance of counsel at the Motion For Summary Judgment, Request For Amendable Counter-Claims To Proceed, And Request For Sanctions Hearing, currently scheduled for July 8, 2005, at 9:00 a.m. This request is made on the grounds that the attorneys primarily responsible for handling this matter are located in Orange County, California, approximately 385 miles from the above-referenced Court. Personal appearance at the hearing

BNFY 599807v1   1   (CV-04-04589-JF)

**PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION FOR SUMMARY JUDGMENT HEARING; [PROPOSED] ORDER THEREON**

1  would therefore cause an undue hardship on DIRECTV.

2  DATED: July 1, 2005                    BUCHALTER, NEMER, FIELDS & YOUNGER
                                          A Professional Corporation

                                          By:        /s/ Sandeep J. Shah
                                                     Sandeep J. Shah
                                          Attorneys for Plaintiff DIRECTV, INC.

1 **ORDER**

Having reviewed the file and the request in this matter and for good cause appearing, **IT IS SO ORDERED** that the request to appear telephonically is hereby GRANTED.

Dated: 7/5/05

/s/electronic signature authorized
_____
Hon. Jeremy Fogel
United States District Court
Northern District of California