Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Email: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

**E-filed 9/15/05**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>STEPHEN WALLACE,<br><br>  Defendant. | Case No.: CV-04-4589 JF<br><br>Hon. Jeremy Fogel<br><br>**PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>**Further Case Management Conference:**<br><br>Date: September 23, 2005<br>Time: 10:30 a.m.<br>Dept.: Courtroom 3, 5th Floor |

1  Counsel for Plaintiff DIRECTV, INC. ("DIRECTV") respectfully requests that the Court
2  allow the telephonic appearance of counsel at the Further Case Management Conference currently
3  scheduled for September 23, 2005 at 10:30 a.m.  This request is made on the grounds that the
4  attorneys primarily responsible for handling this matter are located in Orange County, California,
5  approximately 385 miles from the above-referenced Court.  Personal appearance at the hearing
6  would therefore cause an undue hardship on DIRECTV.  If granted, Brandon Q. Tran will appear
7  for the hearing and may be reached at (949) 224-6277.

8  DATED: September 8, 2005            BUCHALTER NEMER
                                       A Professional Corporation
9

10
                                       By:         /s/ Brandon Q. Tran
11                                                 Brandon Q. Tran
                                       Attorneys for Plaintiff DIRECTV, INC.
12

13

14

15                                   **ORDER**

16  Having reviewed the file and the request in this matter and for good cause appearing, **IT
17  IS SO ORDERED** that the request to appear telephonically is hereby GRANTED.

18

19  Dated:  9/15/05
                                          /s/electronic signature authorized
20                                        Honorable Jeremy Fogel
                                          United States District Court
21                                        Northern District of California

22

23

24

25

26

27

28

BNFY 658843v1                              2                           (CV-04-4589 JF)
**PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT
FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On September 8, 2005, I served the foregoing document described as: **PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Stephen Wallace
2358 Corey Ave
San Jose, CA 95128

**(Defendant *Pro Se*)**

**[X]   BY MAIL**   I am a resident of, or employed in, the county where the mailing occurs; I am over the age of 18 years and am not a party to the cause. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer, in Irvine, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

[X]   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 8, 2005, at Irvine, California.


Joanne D. Mealey                        ___/s/ Joanne D. Mealey_____

(Signature)

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.